IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL CHIMA,

    Plaintiff,                    No. CIV S-99-1645 DFL GGH P

    vs.

DR. OBEDOZA, et al.,

    Defendants.              <u>ORDER</u>

_____/

       On July 19, 2005, plaintiff filed a motion for appointment of a special master. This civil rights action was closed on September 27, 2002. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: 8/8/05

                          /s/ Gregory G. Hollows

                          GREGORY G. HOLLOWS
                          UNITED STATES MAGISTRATE JUDGE

ggh:kj
chima.58